PEOPLE v. RUSSELL J. DAVIS

CRIMINAL LAW — SIGNING COMPLAINT — OBJECTIONS — SWEARING OF JURY — WAIVER.

  The right to object to a criminal complaint is waived if objection is not brought before the jury is sworn; therefore, the trial court's refusal to dismiss a case at the conclusion of the people's proofs, and at the conclusion of trial, on the ground that the complaint was not signed by a municipal judge but by a deputy clerk not having authority to do so, in violation of a statute, is not reversible error (MCLA § 725.16).

Appeal from Oakland, Frederick C. Ziem, J. Submitted Division 2 April 13, 1970, at Lansing. (Docket No. 8,190.)   Decided June 3, 1970.

Russell J. Davis was convicted of breaking and entering. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, and *Dennis Donohue,* Chief Appellate Counsel, for the people.

*William Ibershof,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and VANDOMELEN,* JJ.

---

* Circuit judge, sitting on the Court of Appeals by assignment.

---

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 441.

PER CURIAM. Defendant was found guilty by a jury of breaking and entering** and was sentenced to four to ten years in the state penitentiary.

Defendant's sole issue on appeal concerns MCLA § 725.16 (Stat Ann 1962 Rev § 27.3956) which requires a judicial order to empower a clerk or his deputy to sign a criminal complaint. The issue is stated thus: is reversible error committed when the trial court refuses to dismiss a criminal case at the conclusion of the people's proof, and at the conclusion of the trial, where the original criminal complaint issued against the defendant was not signed by a municipal judge, but by a deputy clerk not having authority to do so?

There is ample Michigan authority to hold that there is a waiver of the right to object to a criminal complaint if not brought before the jury is sworn. *People* v. *Roney* (1967), 7 Mich App 678; *People* v. *Licavoli* (1931), 256 Mich 229; *People* v. *Bonneau* (1948), 323 Mich 237; *People* v. *Linscott* (1968), 14 Mich App 334; *People* v. *Curran* (1916), 191 Mich 583; *People* v. *Graves* (1968), 15 Mich App 244.

Affirmed.

---

** MCLA § 750.110 (Stat Ann 1969 Cum Supp § 28.305).